UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:09-cr-184-T-TGW

TRAVIS COLLINS

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Amended Motion (Doc. 58) for Entry of a Preliminary Order of Forfeiture, which, at sentencing, will be a final order as to defendant Travis Collins' right, title, and interest in the following property:

Counterfeit Super Bowl XLIII T-Shirts.

Being fully advised in the premises, the Court finds as follows:

WHEREAS, the United States has established the requisite *nexus* between the defendant's offense of conviction, involving violations of 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(3), as charged in Count One of the Superseding Information (Doc. 31), and the property identified above, the government is now entitled to possession of these assets, pursuant to the provisions of 18 U.S.C. § 2323(b) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      The Motion (Doc. 58) of the United States is hereby GRANTED.

2. Pursuant to 18 U.S.C. § 2323(b) and Rule 32.2(b)(2), all right, title, and interest of defendant Travis Collins in the counterfeit Super Bowl XLIII t-shirts are hereby CONDEMNED and FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2323(b)(2)(A).

3. Following entry of this order, pursuant to 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(A), the government will provide notice to all third parties who reasonably appear to be potential claimants and will publish notice on the internet at [www.forfeiture.gov](www.forfeiture.gov), in accordance with Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure.

4. Any person, other than the defendant, who has or claims any right, title, or interest in the above-described assets must file a petition with the Court for a hearing to adjudicate the validity of his or her alleged interest in the forfeited assets. The petition should be mailed to the Clerk of the United States District Court, Tampa Division, 801 North Florida Avenue, Tampa, Florida 33602, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. The petition must be signed by the petitioner under penalty of perjury, and must set forth the nature and extent of the petitioner's right, title, or interest in the forfeited assets, any additional facts surrounding the petitioner's claim, and the relief sought.

6. Pursuant to Rule 32.2(c), if a third party files a petition claiming an interest in the counterfeit Super Bowl XLIII t-shirts, the Court will conduct an ancillary

proceeding to determine the validity of the petitioner's alleged interest in the forfeited assets. Fed. R. Crim. P. 32.2(c)(1).

7. Upon adjudication of all third-party interests in the above-described assets, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

**DONE** and **ORDERED** in Tampa, Florida on January 20, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-184.Collins 58 forfeit.wpd